IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ORLY TAITZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 1:15-CV-54 |
| | § | |
| JOHN KOSKINEN et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on March 27, 2015, the Court **STRUCK** Plaintiff's Petition to Transfer.  *See* Dkt. No. 2.  In her motion filed March 26, 2015, Plaintiff sought for the Court to transfer her case to Judge Andrew S. Hanen, as she already had a case pending before him.  Dkt. No. 2 at 1 (referencing 1:14-CV-0119). Plaintiff's filing does not comply with Local Rule 7.1C, requiring that motions "[b]e accompanied by a separate proposed order granting the relief requested," or 7.1D, requiring a certificate of conference with the opposing party.  S.D. Tex. Local R. 7.1C–D.  Moreover, to the extent that Plaintiff intended to file a motion to consolidate the instant case with the case currently pending before Judge Hanen, Local Rule 7.6 requires that a motion to consolidate "[b]e filed only in the oldest case with a courtesy copy furnished to the other affected courts." S.D. Tex. Local R. 7.6B.  Moreover, any motion to consolidate will "[b]e heard by the judge to whom the oldest case is assigned." S.D. Tex. Local R. 7.6C.

Based on the foregoing, the Court **STRIKES** Plaintiff's Petition to Transfer.

SIGNED this 27th day of March, 2015.

_____
Hilda Tagle
Senior United States District Judge